FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 3 2020

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) PLAINTIFF ) v. ) ) THE KROGER COMPANY d/b/a ) KROGER STORE NO. 625 ) ) DEFENDANT ) | 4:20-cv-1099-LPR<br>Case No. 2:11-CV-02153-PKH<br>**Jury Trial Demanded** |

## MOTION TO INTERVENE
### of Brenda Lawson and Trudy Rickerd

1. Brenda Lawson and Trudy Rickerd are identified by the EEOC in its complaint against the Defendant, Kroger.

2. Ms. Lawson and Ms. Rickerd, at all relevant times, was and is represented by Hogue Legal Services PLC. Ms. Rickerd, Ms. Lawson, and their attorney prepared the initial demand letter to the Defendant, filed the subsequent EEOC charge, and then worked with the EEOC as the EEOC prepared this case against the Defendant.

3. Ms Lawson and Ms. Rickerd have a statutory right to intervene, and do so pursuant to § 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C § 2000e-5(f)(1) and (3), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A. They wish to intervene so they can continue to assist the EEOC as well as protect their interests in recovering from the Defendant.

4.     The Court has jurisdiction over Ms. Rickerd and Ms, Lawson's claims pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.

5.     Ms. Rickerd's and Ms. Lawson's proposed Complaint in Intervention is attached.

WHEREFORE, Plaintiff-Intervenors Brenda Lawson and Trudy Rickerd respectfully request this Court to grant their Motion to Intervene in the instant action and order their Complaint in Intervention to be filed.

CERTIFICATE OF SERVICE  A copy of this document was filed on the CM/ECF system, which will serve all counsel of record.

Wednesday, September 23, 2020

David Hogue, Hogue Legal Services PLC
575b Harkrider Ave
Conway, AR 72032
501-514-0332
dh@hoguelegalservices.com

David Hogue, Arkansas Bar # 98024