IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>)<br>PLAINTIFF )<br>v. )<br>)<br>THE KROGER COMPANY d/b/a )<br>KROGER STORE NO. 625 )<br>)<br>DEFENDANT ) | 4:20-cv-1099-LPR<br>Case No. 2:11-CV-02153-PKH<br>Jury Trial Demanded |

**COMPLAINT OF INTERVENOR PLAINTIFFS**
Brenda Lawson and Trudy Rickerd

COME NOW Intervenor Plaintiffs Brenda Lawson and Trudy Rickerd, by and through their attorney, David Hogue, and for their cause of action against the Defendant state the following:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized by Title VII of the Civil Rights Act of 1964, and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful discrimination and retaliation were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of Arkansas, Central Division.

### PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (Commission), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII.

4. At all relevant times, Defendant Employer has continuously been doing business in the

State of Arkansas and the City of Conway and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

6. Brenda Lawson and Trudy Rickerd were long time employees at the West Conway Kroger until the discrimination and retaliation complained of herein occurred.

## PROCEDURAL HISTORY

7. More than thirty days prior to the institution of this lawsuit, undersigned counsel filed charges with the Commission alleging violations of Title VII by Defendant Kroger, on behalf of Lawson and Rickerd.

8. On April 29, 2020, the Commission issued to Defendant Employer Letters of Determination finding reasonable cause to believe that Defendant Employer violated Title VII.

9. All conditions precedent to the institution of this lawsuit have been fulfilled.

## KROGER'S FAILURE TO ACCOMMODATE INDIVIDUAL FREEDOM OF EXPRESSION

10. Since at least April 2019, Defendant Kroger has engaged in unlawful employment practices at its Conway, Arkansas location in violation of Section 703(a) of Title VII, 42 U.S.C. 2000e-2(a).

11. The unlawful practices include failing to accommodate the sincerely held religious belief of Ms. Rickerd and Ms. Lawson. Ms. Rickerd and Ms. Lawson at this point incorporate all the factual allegations of the EEOC Complaint filed in this action.

12. Because of their faith-based stand for individual rights, Kroger intentionally discriminated against them and finally terminated them because of their faith-based desire not to be perceived as endorsing something against their religious beliefs.

13. The unlawful employment practices complained of above were and are done with malice or with reckless indifference to the federally protected rights of Ms. Lawson and Ms. Rickerd.

14. The terminations of Ms. Rickerd and Ms. Lawson came about after they had brought the above facts to the attention of Kroger management, who then unlawfully retaliated with terminations.

## PRAYER FOR RELIEF

Ms. Brenda Lawson and Ms. Trudy Rickerd respectfully requests that this Court grant the following relief:

A. Enjoin Defendant Kroger from executing employment practices that fail to accommodate faith based beliefs and individual expression unless such expression, or refusal of expression, causes undue hardship on the employer.

B. Order Defendant Kroger to provide appropriate backpay with prejudgment interest plus restatement or alternatively front pay.

C. Order Defendant Kroger to provide compensation for past and future pecuniary losses resulting from the unlawful practices including relocating expenses and job search expenses.

D. Order Defendant Kroger to provide compensation for past and future losses such as emotional pain and suffering, humiliation, inconvenience, and loss of enjoyment of life.

E. Order Defendant Kroger to pay Lawson and Rickerd punitive damages for its malicious and reckless conduct.

F. Grant such further relief as the Court deems necessary and proper.

## JURY TRIAL DEMAND

Ms. Lawson and Ms. Rickerd requests a jury trial on all questions of fact raised by its complaint.

CERTIFICATE OF SERVICE  A copy of this document was filed on the CM/ECF system, which will serve all counsel of record.

Wednesday, September 23, 2020

David Hogue, Hogue Legal Services PLC
575b Harkrider Ave
Conway, AR 72032
501-514-0332
dh@hoguelegalservices.com

_____
David Hogue, Arkansas Bar # 98024