UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : : : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 4:20-cv-1099-LPR |
| THE KROGER COMPANY dba KROGER STORE NO. 625 | : : : | |
| **Defendant.** | : : : | |

## ENTRY OF APPEARANCE

Faith C. Whittaker of Dinsmore & Shohl LLP, 255 E. Fifth St., Suite 1900, Cincinnati, Ohio 45202, enters her appearance on behalf of Defendant The Kroger Company d/b/a Kroger Store 625 for all further proceedings in this case.

Respectfully submitted,
/s/ Faith C. Whittaker_____
Faith C. Whittaker, OH#82486
(Admitted to Practice in Eastern District of Arkansas)
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T:  (513) 977-8200
F: (513) 977-8141
Faith.whittaker@dinsmore.com

Attorney for Defendant The Kroger Company d/b/a Kroger Store 625