**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **And** | ) | **CASE NO. 4:20-CV-01099 LPR** |
| | ) | |
| **BRENDA LAWSON and TRUDY RICKARD** | ) | |
| | ) | |
| **PLAINTIFF INTERVENORS** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KROGER COMPANY,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**JOINT RULE 26(f) REPORT**

In compliance with Fed. R. Civ. P. 26(f) and Local Rule 26.1, Plaintiff Equal Employment

Opportunity Commission (Commission), Plaintiff Intervenors Brenda Lawson (Lawson) and

Trudy Rickerd (Rickerd), and Defendant The Kroger Company (Kroger) (collectively referred to

as the Parties), by and through the undersigned counsel, submit the following information:

    **(1)**    **Any changes in timing, form, or requirements of mandatory disclosures**

**under Fed. R. Civ. P. 26(a).**

None.

    **(2)**    **Date when mandatory disclosures were or will be made.**

March 12, 2021.

    **(3)**    **Subjects on which discovery may be needed.**

The Parties anticipate discovery with respect to all claims and defenses, and damages.

**(4)      Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.**

The Parties may be requested to disclose or produce information from electronic or computer-based media:

(a)  The Parties anticipate that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

(b)  At this time, the parties do not reasonably anticipate that there will be any cost for time required for disclosure or production of data in discovery of these claims and defenses, beyond what is reasonably available to the parties in the ordinary course of business.

(c)  The Parties may have electronically stored information in the following formats: tiff, excel, pdf, word, jpeg, png, and ppt. The parties will confer in good faith regarding how such information shall be produced, if requested and required.

(c)  Reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business; and

(d)  The Parties do not anticipate any other problems in connection with electronic or computer-based discovery. If problems arise, the Parties will confer in good faith to resolve the matter.

**(5)      Date by which discovery should be completed.**

October 15, 2021.

**(6)      Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

None.

**(7)    Any Orders, e.g. protective orders, which should be entered.**

The Parties agree, if necessary, to enter into a mutually stipulated protective order to protect any

of the Parties' confidential, proprietary, or trade secret information from the disclosure or use

beyond the scope or duration of this pending lawsuit.

**(8)    Any objections to initial disclosures on the ground that mandatory**

**disclosures are not appropriate in the circumstances of the action.**

None.

**(9)    Any objections to the proposed trial date and estimated number of six-hour**

**trial days needed.**

No objection to the date, but the Parties estimate needing five six-hour trial days.

**(10)   Proposed deadline for joining other parties and amending the pleadings.**

June 14, 2021.

**(11)   Proposed deadline for filing motions.**

Dispositive motions due November 15, 2021. Motions in Limine due March 4, 2022.

**(12)   Class certification: In the case of a class action complaint, the proposed**

**deadline for the parties to file a motion for class certification.**

Not applicable.

**(13)   Unresolved issues.**

None.

Respectfully submitted,

**PLAINTIFF**

*/s/Pamela B. Dixon*
**PAMELA B. DIXON**
AR Bar No. 95085

**Equal Employment Opportunity
Commission**
820 Louisiana Street, Suite 200
Little Rock, AR 72201
T: (501) 324-5065
Email: pamela.dixon@eeoc.gov

**PLAINTIFF INTERVENORS**

David Hogue
AR Bar No. 98024

**Hogue Legal Services PLC**
575b Harkrider Ave.
Conway, AR 72032
T: (501) 514-0332
Email: dh@hoguelegalservices.com

**DEFENDANT**

Faith C. Whittaker
Generally Admitted to the Eastern District
of Arkansas.
Hayley L. Geiler
Generally Admitted to the Eastern District
of Arkansas

**Dinsmore & Shohl LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T:  (513) 977-8200
F: (513) 977-8141
Email: faith.whittaker@dinsmore.com
Email: hayley.geiler@dinsmore.com

Cynthia W. Kolb
AB#2000156

**Cross, Gunter, Witherspoon & Galchus,
P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
T: (501) 371-9999
F: (501) 371-0035
Email: ckolb@cgwg.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system, which shall send notification of such filing to the following:

David Hogue
**Hogue Legal Services PLC**
575b Harkrider Ave.
Conway, AR 72032
T: (501) 514-0332
Email: dh@hoguelegalservices.com

Faith C. Whittaker
Hayley L. Geiler
**Dinsmore & Shohl LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T:  (513) 977-8200
F: (513) 977-8141
Email: faith.whittaker@dinsmore.com
Email: hayley.geiler@dinsmore.com

Cynthia W. Kolb
**Cross, Gunter, Witherspoon & Galchus, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
T: (501) 371-9999
F: (501) 371-0035
Email: ckolb@cgwg.com

February 10, 2021                           *s/Pamela B. Dixon*
**DATE**                                    **PAMELA B. DIXON**