# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| | : |
| | : Civil Action No. 4:20-cv-1099-LPR |
| **Plaintiff,** | : |
| v. | : |
| | : |
| KROGER LIMITED PARTNERSHIP I d/b/a KROGER STORE NO. 625, | : |
| | : |
| | : |
| **Defendant.** | : |
| | : |

## DEFENDANT KROGER'S MOTION FOR SUMMARY JUDGMENT

Consistent with Fed. R. Civ. P. 56 and L.R. 56.1, Defendant Kroger Limited Partnership I ("Kroger") respectfully moves this Court for summary judgment on all claims asserted by the Plaintiffs Equal Employment Opportunity Commission, Brenda Lawson, and Trudy Rickerd. In support of its Motion, Kroger submits its accompanying Memorandum of Law in Support of Its Motion for Summary Judgment, Local Rule 56.1 Statement of Material Fact in Support of Its Motion for Summary Judgment, and the exhibits attached.

Kroger respectfully requests this Court to grant its Motion for Summary Judgment in its entirety, enter judgment in its favor, and grant such relief as the interests of justice may require.

Date: January 18, 2022

Respectfully submitted,

Faith C. Whittaker, Admitted Pro Hac Vice
Hayley L. Geiler, Admitted Pro Hac Vice
*Attorneys For Defendant*
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900

Cincinnati, OH 45202
T:  (513) 977-8200
F: (513) 977-8141
Faith.whittaker@dinsmore.com
Hayley.geiler@dinsmore.com

Cynthia W. Kolb, AB#2000156
Cross, Gunter, Witherspoon & Galchus, P.C.
*Attorney For Defendant*
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
T: (501) 371-9999
F:  (501)371-0035
Ckolb@cgwg.com