IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 4:20-CV-01099 LPR |
| v. | ) ) ) | JURY TRIAL DEMAND |
| KROGER LIMITED PARTERNSHIP I d/b/a KROGER STORE NO. 625, | ) ) ) ) | |
| Defendant. | | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S
MOTION TO WITHDRAW COUNSEL**

Plaintiff Equal Employment Opportunity Commission moves to withdraw Timothy M. Bowne, Supervisory Trial Attorney, as attorney of record in this case due to his death. Faye A. Williams, Amy F. Black, and Pamela B. Dixon will remain as counsel for Plaintiff in this case.

Plaintiff submits a proposed Order with this motion.

Respectfully submitted:

*/s/Pamela B. Dixon*
PAMELA B. DIXON
Trial Attorney
AR Bar No. 95085
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Little Rock Area Office
820 Louisiana Street, Ste 200
Little Rock, AR 72201
Ofc: (501) 900-6145
pamela.dixon@eeoc.gov

**CERTIFICATE OF SERVICE**

       I certify that on January 20, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

David Hogue
Hogue Legal Services PLC
575b Harkridger Ave
Conway, AR 72032
Dh@hoguelegalservices.com

Faith C. Whittaker, Admitted Pro Hac Vice
Hayley L. Geiler, Admitted Pro Hac Vice
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Faith.whittaker@dinsmore.com
Hayley.geiler@dinsmore.com


Cynthia W. Kolb, AB#2000156
CROSS, GUNTER, WITHERSPOON &
GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
T: (501) 371-9999
F: (501)371-0035
ckolb@cgwg.com

                                          */s/Pamela B. Dixon*
                                          Pamela B. Dixon