IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| PLAINTIFF | ) ) | |
| and | ) ) | CASE NO. 4:20-CV-01099 LPR |
| BRENDA LAWSON and TRUDY RICKERD | ) ) | |
| PLAINTIFF INTERVENORS | ) ) | |
| v. | ) ) | |
| KROGER LIMITED PARTNERSHIP I d/b/a KROGER STORE NO. 625, | ) ) ) | |
| DEFENDANT. | ) | |

## JOINT MOTION TO ENTER CONSENT DECREE

The Equal Employment Opportunity Commission, Plaintiff-Intervenors, and Kroger Limited Partnership I d/b/a Kroger Store No. 625 reached a settlement to resolve this case in the form of a proposed Consent Decree. The Parties previously submitted to the Court the proposed Consent Decree containing the terms of the settlement. This Court requested that the Parties cite Eighth Circuit and Supreme Court case law to show a federal district court has jurisdiction to enter and maintain jurisdiction over a consent decree where a defendant disclaims liability. The memorandum of law filed herewith indicates an Article III judge has this authority, and the Parties request the Court enter the Decree.

Respectfully submitted,

| **FOR THE COMMISSION:** | **FOR PLAINTIFF-INTERVENORS** |
|---|---|
| Gwendolyn Young Reams<br>Acting General Counsel | */s/ David Hogue*<br>David Hogue<br>**Hogue, Corbitt, & Ward**<br>700 S. German Lane, Suite 104<br>Conway, AR 72032<br>Telephone: (501) 255-0112<br>dh@hoguecorbittward.com |
| Christopher Lage<br>Deputy General Counsel | |
| */s/ Faye A. Williams*<br>Faye A. Williams<br>Regional Attorney | |
| | **FOR DEFENDANT:** |
| */s/ Amy F. Black*<br>Amy F. Black<br>Assistant Regional Attorney | */s/ Faith C. Whitaker*<br>Faith C. Whittaker |
| | */s/ Hayley L. Clancy*<br>Hayley L. Clancy |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>1407 Union Avenue, Suite 900<br>Memphis, TN 38104<br>Telephone (901) 685-4609<br>Telephone (901) 685-4606<br>faye.williams@eeoc.gov<br>amy.black@eeoc.gov | **Dinsmore & Shohl LLP**<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Telephone: (513) 977-8200<br>Faith.whittaker@dinsmore.com<br>Hayley.clancy@dinsmore.com |
| */s/ Pamela B. Dixon*<br>Pamela B. Dixon<br>Senior Trial Attorney | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>820 Louisiana St., Suite 200<br>Little Rock, AR 72201<br>Telephone (501) 900-6145<br>pamela.dixon@eeoc.gov | |

## CERTIFICATE OF SERVICE

The following were electronically served this 12th day of October, 2022 through the Court's electronic filing system:

David Hogue
**Hogue, Corbitt, & Ward**
700 S. German Lane, Suite 104
Conway, AR 72032
Telephone: (501) 255-0112
dh@hoguecorbittward.com

Faith C. Whittaker
Hayley L. Geiler
**Dinsmore & Shohl LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T:  (513) 977-8200
Faith.whittaker@dinsmore.com
hayley.geiler@dinsmore.com

Cynthia W. Kolb
**Cross, Gunter, Witherspoon & Galchus, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
T: (501) 371-9999
ckolb@cgwg.com

            */s/* Pamela B. Dixon
            **PAMELA B. DIXON**